# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY F. MULLALLY,<br><br>        Plaintiff,<br><br>    vs.<br><br>DANIEL A. JONES et al.,<br><br>        Defendants. | Case No.: 2:05-cv-00154-GMN-GWF<br><br>**ORDER** |

Pursuant to misrepresentation made to the Court, the August 20, 2010 Order (ECF No. 361) addressing Plaintiff's Exhibits originally numbered 62, 63, and 64 erroneously stated that these exhibits had retained those same identifying numbers despite Plaintiff's new revised numbering scheme, however, it has come to light that those Exhibits were actually renumbered 55, 56, and 57, respectively, under the revised scheme.

Accordingly, the Court hereby amends its August 20, 2010 Order (ECF No. 361) to substitute 55(62) wherever the August 20, 2010 Order referenced 62(62); to substitute 56(63) wherever that Order referenced 63(63); and to substitute 57(64) wherever that Order referenced 63(63).[1]  This Order clarifies the Court's prior finding that these exhibits are not excluded from

---

[1] For the purposes of this Order, the exhibit number listed outside of the parentheses corresponds to the exhibit's number as listed in Plaintiff's new revised numbering scheme.  The number inside of the parentheses corresponds to what Plaintiff refers to as his "original" or "historical" exhibit list.  The Court's August 9, 2010 Order (ECF No. 348) references exhibits according to Plaintiff's original/historical list.

being presented at trial and are, therefore, admissible.

**CONCLUSION**

IT IS HEREBY ORDERED THAT wherever "62(62)" is used in this Court's August 20, 2010 Order (ECF No. 361), "62(62)" is to be deleted and "55(62)" is to be inserted in its stead.

IT IS FURTHER ORDERED THAT wherever "63(63)" is used in this Court's August 20, 2010 Order (ECF No. 361), "63(63)" is to be deleted and "56(63)" is to be inserted in its stead.

IT IS FURTHER ORDERED THAT wherever "64(64)" is used in this Court's August 20, 2010 Order (ECF No. 361), "64(64)" is to be deleted and "57(64)" is to be inserted in its stead.

DATED this 23rd day of August 2010.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE