Leland Eugene Backus, Esq.
Nevada State Bar No. 473
**BACKUS • CARRANZA**
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555

*Attorneys for Daniel A. Jones*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY F. MULLALLY,<br><br>        Plaintiff,<br><br>vs.<br><br>DANIEL A. JONES,<br><br>        Defendant.<br><br>DANIEL A. JONES,<br><br>        Counterclaimant,<br><br>Vs.<br><br>GREGORY F. MULLALLY,<br><br>        Counterdefendant. | Case No.: 2:05-cv-00154-GMN-GWF |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff and Counterdefendant, Gregory F. Mullally, pro se, and Defendant and Counterclaimant, Daniel A. Jones, through his counsel, do hereby stipulate and agree that this

///

civil action and all claims contained therein may be dismissed with prejudice, each party bearing its own costs and fees incurred.

DATED this 25 day of August, 2010.

**GREGORY F. MULLALLY**

_____
Gregory F. Mullally

DATED this 25 day of August, 2010.

**BACKUS CARRANZA**

_____
Leland Eugene Backus, Esq.
Nevada State Bar No. 473
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555
Attorneys for Defendant Daniel A. Jones

### ORDER

The Stipulation for Dismissal With Prejudice of the parties having been duly submitted to this Court, the Parties having placed upon the record the fact of settlement during the trial on August 25, 2010, and for good cause demonstrated does hereby order the dismissal of this civil action with prejudice, each of the parties to bear their own costs and expenses incurred.

DATED this 25th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge